*Dillon, Petitioner, v. Dep't of Labor & Indus. et al., Respondents*, No. 91539-3. Petition for review of a decision of the Court of Appeals, No. 70923-2-I, December 8, 2014, 186 Wn. App. 1. *Denied* September 2, 2015.

*Mitchell et al., Petitioners, v. Bourne, Respondent*, No. 91542-3. Petition for review of a decision of the Court of Appeals, No. 71320-5-I, January 26, 2015, 185 Wn. App. 1034. *Denied* September 2, 2015.

*State, Respondent, v. Roy, Petitioner*, No. 91543-1. Petition for review of a decision of the Court of Appeals, No. 70720-5-I, January 20, 2015, 185 Wn. App. 1027. *Denied* September 2, 2015.

*State, Respondent, v. Socorro Bautista, Petitioner*, No. 91544-0. Petition for review of a decision of the Court of Appeals, No. 70294-7-I, February 17, 2015, 185 Wn. App. 1054. *Denied* September 2, 2015.

*In re Estate of House. McMurtray et al., Petitioners, v. Cornell et al., Respondents*, No. 91546-6. Petition for review of a decision of the Court of Appeals, No. 70248-3-I, December 22, 2014, 185 Wn. App. 1006. *Denied* September 2, 2015.

*Kozol, Petitioner, v. King County, Respondent*, No. 91547-4. Petition for review of a decision of the Court of Appeals, No. 45542-1-II, February 3, 2015, 185 Wn. App. 1047. *Denied* September 2, 2015.

*State, Respondent, v. Jones, Petitioner*, No. 91554-7. Petition for review of a decision of the Court of Appeals, No. 45143-3-II, March 10, 2015, 186 Wn. App. 1024. *Denied* September 2, 2015.